**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000490
06-FEB-2026
08:08 AM
Dkt. 42 OAWST**

NO. CAAP-25-0000490

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PL III, LLC, a Hawaii limited liability company; ARICK B. YANAGIHARA; MICHAEL H. NEKOBA; WILLIAM G. BOYLE; and ANITA MATSUZAKI, Plaintiffs-Counterclaim Defendants-Appellants,
v.
PUU LANI RANCH CORP., a Hawaii Corporation, Defendant-Counterclaimant-Appellee,
and
F. NEWELL BOHNETT, as Trustee under that certain unrecorded Revocable Living Trust Agreement dated July 29, 1981, made by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT, in his individual capacity, Defendants-Appellees,
and
DOE COUNTERCLAIM DEFENDANTS 1-20, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC11100433K)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal (**Stipulation**), filed December 10, 2025, by Defendant/ Counterclaimant-Appellee Puu Lani Ranch Corp., the papers in support, and the record, it appears that (1) the appeal has been

docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, February 6, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge